IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:08-CR-115-1-F

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER |
| LUCAS CASTE-LOPEZ, | ) | |
| Defendant | ) | |

The Clerk of Court is DIRECTED to remove this remanded revocation hearing from the undersigned's July 6, 2010, calendar, and to RE-ASSIGN the case to the Honorable James C. Dever, III, who will reschedule the remand hearing on his calendar.

SO ORDERED.

This, the 2d day of July, 2010.

JAMES C. FOX
Senior United States District Judge