UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Docket No. 5:08-CR-115-1D

| | |
|---|---|
| **United States Of America** )<br>)<br>vs. )<br>)<br>**Lucas Caste-Lopez** ) | **JUDGMENT** |

On this the 3rd day of August, 2010, comes Erica W. Foy, U.S. Probation Officer, in open court at Raleigh, North Carolina, who shows the court that Lucas Caste-Lopez appeared in the Western District of Arkansas before the Honorable Jimm Larry Hendren, Chief U.S. District Judge, with counsel on January 20, 2006, and upon a plea of guilty to 8 U.S.C. §§ 1326(a) and (b)(2), Illegal Reentry into the United States after Deportation Subsequent to an Aggravated Felony was sentenced to the custody of the Bureau of Prisons for a term of 24 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 36 months upon release from imprisonment. Lucas Caste-Lopez was released from custody and the term of supervised release commenced on May 25, 2007. Jurisdiction was transferred to the Eastern District of North Carolina on April 25, 2008.

From evidence presented, the court finds as a fact that Lucas Caste-Lopez, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Criminal conduct.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 14 months to run consecutive to the sentence he is currently serving in the Bureau of Prisons for case number 5:08-CR-46-1D

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 3rd day of August, 2010.

_____
James C. Dever III
U.S. District Judge